01
02
03
04      UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
05                AT SEATTLE

06 | UNITED STATES OF AMERICA,           )
                                         ) Case No. CR99-0298-TSZ
07 |         Plaintiff,                  )
                                         )
08 |    v.                               ) SUMMARY REPORT OF U.S.
                                         ) MAGISTRATE JUDGE AS TO
09 | HONORATO GONZALEZ-GONZALEZ,         ) ALLEGED VIOLATIONS
                                         ) OF SUPERVISED RELEASE
10 |         Defendant.                  )
     _____   )
11

12      An evidentiary hearing on a petition for violation of supervised release in this case was

13 scheduled before the undersigned Magistrate Judge on June 28, 2007. The United States was

14 represented by Assistant United States Attorney Jill Otake, and the defendant by Mr. Michael

15 Filipovic. The proceedings were recorded on cassette tape.

16      The defendant had been charged and convicted of Conspiracy to Distribute Heroin. On

17 or about November 23, 1999, defendant was sentenced by the Honorable Thomas S. Zilly to a

18 term of sixty (60) months in custody, to be followed by five (5) years of supervised release.

19      The conditions of supervised release included the requirements that the defendant comply

20 with all local, state, and federal laws, and with the standard conditions. Special conditions

21 imposed included, but were not limited to, participation in a substance-abuse program, submit

22 to search, drug aftercare, if deported, defendant will not reenter the United States without

23 permission of the Bureau of Immigration and Customs Enforcement (BICE), and if granted

24 permission, will report to the nearest U.S. Probation Office within 72 hours of reentry.

25      In a Petition for Warrant or Summons dated April 30, 2007, U.S. Probation Officer

26 Steven M. McNickle asserted the following violations by defendant of the conditions of his

supervised release:

(1) Reentering the United States without permission of the BICE, on or about April 17, 2007, in violation of special condition number 3 and the standard condition that he not commit another federal, state, or local crime.

(2) Possessing cocaine with the intent to distribute, on or about April 17, 2007, in violation of the standard condition that he not commit another federal, state, or local crime.

The defendant was advised of the allegations and advised of his rights. Defendant admitted to violation numbers 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Thomas S. Zilly on July 12, 2007, at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 28th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable Thomas S. Zilly
     AUSA:                   Ms. Jill Otake
     Defendant's attorney:   Mr. Michael Filipovic
     Probation officer:      Mr. Steve McNickle